UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MURPHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION and CLAUDIA GILMAN,<br><br>　　　　　Defendants. | Civil Action No. 4:11-cv-40188 |

**APPENDIX OF UNREPORTED AUTHORITIES
CITED IN MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT BOSTON
SCIENTIFIC CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　　　　　　　　　　　　　　　　　　　Robert M. Hale (BBO # 217170)
　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02109
　　　　　　　　　　　　　　　　　　　　Tel.:  617.570.1000
　　　　　　　　　　　　　　　　　　　　Fax:  617.523.1231
　　　　　　　　　　　　　　　　　　　　E-Mail:  rhale@goodwinprocter.com

　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
Dated: October 12, 2011　　　　　　　　　BOSTON SCIENTIFIC CORPORATION

# INDEX

**UNREPORTED CASES** **TAB**

*Cogen v. Milton Bradley Co.*,
    No. 86-0263-F, 1989 WL 81067 (D. Mass. Jan. 12, 1989) ...................................................... 1

*Collier v. Boymelgreen Developers*,
    No. 06 CV 5425, 2007 WL 1452915 (E.D.N.Y. May 17, 2007) .............................................. 2

*Debnam v. FedEx Home Delivery*,
    No. 10-11025-GAO, 2011 WL 1188437 (D. Mass. Mar. 31, 2011) ........................................ 3

*DeLia v. Verizon Commc'ns Inc.*,
    --- F.3d ---, 2011 WL 3688995 (1st Cir. 2011) ....................................................................... 4

*Fleming v. U.S. Parcel Serv.*,
    No. 05-2876, 2007 WL 162815 (E.D. La. Jan. 17, 2007) ....................................................... 5

*Ford v. Commonwealth of Pennsylvania*,
    No. 1:CV-06-2410, 2008 WL 112030 (M.D. Pa. Jan. 9, 2008) ............................................... 6

*Orbusneich Med. Co. v. Boston Scientific Corp.*,
    No. 09-10962-RGS, 2011 WL 1086015 (D. Mass. Mar. 21, 2011) ........................................ 7

*Reilly v. Upper Darby Twp.*,
    No. 2:09-cv-02465-WY, 2010 WL 55296 (E.D. Pa. Jan. 6, 2010) .......................................... 8

*Riebold v. Eastern Cas. Ins. Co.*,
    No. 97-00306, 1997 WL 311523 (Mass. Sup. Ct. June 4, 1997) ............................................. 9

*Yelle v. United Water Springfield LLC*,
    --- F. Supp. 2d ---, 2011 WL 2650234 (D. Mass. 2011) ......................................................... 10

*Zahavi v. PNC Fin. Servs. Group*,
    No. 07-376, 2007 WL 3053090 (W.D. Pa. Oct. 18, 2007) ...................................................... 11

LIBA/2229413.1