UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MURPHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-40188-GAO |

**DECLARATION OF ROBERT M. HALE IN SUPPORT OF
DEFENDANT BOSTON SCIENTIFIC CORPORATION'S
<u>MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT</u>**

I, Robert M. Hale, being of sound mind and full age do hereby declare as follows:

1.　　I am a partner in the law firm of Goodwin Procter LLP, counsel of record for Defendant Boston Scientific Corporation ("BSC") in the above-referenced matter (the "Action"). I respectfully submit this declaration in support of BSC's Motion to Dismiss in Part Plaintiff's Amended Complaint.

2.　　I represented BSC in its defense of a complaint filed against it by Plaintiff Lisa M. Murphy with the Massachusetts Commission Against Discrimination ("MCAD"), signed August 22, 2008 (the "MCAD Complaint"). Attached hereto as Exhibit A is a true and correct copy of the MCAD Complaint.

3.　　Attached hereto as Exhibit B is a true and correct copy of the MCAD Dismissal and Notification of Rights and Investigative Disposition, dated September 7, 2010, which I received in connection with the defense of the MCAD Complaint.

2

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 7, 2011                                                                         /s/ Robert M. Hale

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2011.

November 7, 2011                                                             /s/ Robert M. Hale