UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MURPHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 4:11-cv-40188-GAO |

**APPENDIX OF UNREPORTED AUTHORITIES CITED IN MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT BOSTON SCIENTIFIC CORPORATION'S MOTION <u>TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT</u>**

　　　　　　　　　　　　　　　　　　　　Robert M. Hale (BBO # 217170)
　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02109
　　　　　　　　　　　　　　　　　　　　Tel.:  617.570.1000
　　　　　　　　　　　　　　　　　　　　Fax:  617.523.1231
　　　　　　　　　　　　　　　　　　　　E-Mail:  rhale@goodwinprocter.com

　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
Dated: November 7, 2011　　　　　　　　BOSTON SCIENTIFIC CORPORATION

1

# INDEX

**UNREPORTED CASES**                                                       **TAB**

*Carter v. Tropicana Prod. Sales, Inc.*,
  No. 07-10921-RWZ, 2008 WL 190791 (D. Mass. Jan. 4, 2008) .......................................................1

*Cogen v. Milton Bradley Co.*,
  No. 86-0263-F, 1989 WL 81067 (D. Mass. Jan. 12, 1989) .......................................................2

*Debnam v. FedEx Home Delivery*,
  No. 10-11025-GAO, 2011 WL 1188437 (D. Mass. Mar. 31, 2011) .........................................3

*Fernandes v. The Talbots, Inc.*,
  No. 043979, 2005 WL 1009749 (Mass. Super. Ct. Mar. 18, 2005) ................................................4

*Knight v. Continental Tire N. Am., Inc.*,
  No. 10-cv-02915, 2011 WL 1155090 (D. Colo. Mar. 29, 2011) .............................................5

*Riebold v. Eastern Cas. Ins. Co.*,
  No. 97-00306, 1997 WL 311523 (Mass. Sup. Ct. June 4, 1997)................................................6

*Wong v. Resolve Tech.*,
  No. 10-11642-DJC, 2011 WL 3157198 (D. Mass. July 25, 2011)..................................................7

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2011.

November 7, 2011                                                        /s/ Robert M. Hale